Below is an Order of the Court.

_Randall L. Dunn_
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                               )
                                                    )  Case No._____
                                                    )
                                                    )  ORDER ALLOWING PROFESSIONAL
                                                    )  COMPENSATION & EXPENSES; AND
Debtor(s)                                           )  DIRECTING DISTRIBUTION OF ASSETS

        The trustee's final report having either come on for hearing, or the creditors having waived their opportunity for a hearing after due notice, or the NET proceeds realized were insufficient to require a final notice; now therefore,

        IT IS ORDERED that the following court costs, and professional compensation and expenses, are specifically allowed by the court [**NOTE:  INCLUDE OSB# FOR ANY ATTORNEY LISTED BELOW!**]:

COURT COSTS:                                                            $_____

        IT IS FURTHER ORDERED that the trustee pay the claims allowed against the estate, pursuant to 11 U.S.C. §726, from the balance of estate assets.

740.3 (4/1/09)                              ###